1018

No. 885, Misc. TREST v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 893, Misc. MOSS v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 899, Misc. HAFIZ v. MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied.

No. 900, Misc. DECKERT v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 905, Misc. KOUSICK v. KLINGER ET AL. Sup. Ct. Cal. Certiorari denied.

No. 906, Misc. TWYMAN v. MYERS, CORRECTIONAL SUPERINTENDENT. Sup. Ct. Pa. Certiorari denied.

No. 914, Misc. AUSTIN v. MAINE ET AL. Sup. Jud. Ct. Me. Certiorari denied. Petitioner *pro se.* *John W. Benoit,* Assistant Attorney General of Maine, for respondents.

No. 920, Misc. CROOM v. FOLLETTE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 927, Misc. JODON v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 946, Misc. CONERLY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Marshall* for the United States.